# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 22, 2014

149218

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

MELISSA ANN MILLER,
          Plaintiff-Appellant,

v

                                                 SC: 149218
                                               COA: 317953

CENTRAL MICHIGAN COMMUNITY
HOSPITAL d/b/a McLAREN – CENTRAL
MICHIGAN,
          Defendant-Appellee.
                                                 Isabella CC: 13-010521-AV

_____/

       On order of the Court, the application for leave to appeal the March 21, 2014 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 22, 2014


                                                Clerk

p1015